IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:06CR3086 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GASPAR A. FRANCISCO-MATEO, | ) | |
| Defendant. | ) | |

Due to the United States Attorney's Office retreat, and with the agreement of the defendant,

IT IS ORDERED that Defendant Francisco-Mateo's sentencing is continued to Wednesday, September 13, 2006, at 12:00 noon, before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

August 25, 2006.
BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge